Lorin Lee BAKER, Appellant
(Defendant below),

v.

STATE of Wyoming, Appellee
(Plaintiff below).

No. 3710.

Supreme Court of Wyoming.

Dec. 19, 1968.

William R. Jones, of Jones & Jones, William H. Vines, Wheatland, for appellant.

James E. Barrett, Atty. Gen., Lynn R. Garrett, Deputy Atty. Gen., Daniel W. Fessler, Special Asst. Atty. Gen., Cheyenne, Wyoming, for appellee.

Before HARNSBERGER, C. J., and GRAY, McINTYRE, and PARKER, JJ.

PER CURIAM.

The judgment is affirmed by an equally divided court.